Brackenridge *v.* Husted.

---

### BRACKENRIDGE *v.* HUSTED.

Substance—justice's transcript—errors—appeal from a non suit.

Where a justice upon an appeal certified his transcript as containing the *sub-
stance* of his proceedings, it is sufficient on a writ of error.
An appeal lies from a judgment of non suit rendered by a justice.

ERROR to the Court of Common Pleas.

BY THE COURT.    The case below was an appeal taken from a
non suit entered before a justice of the peace.    The transcript filed
was of the *substance* of the proceedings before the justice, and the
Court of Common Pleas sustained the appeal.    An appeal, by the
law in force when this appeal was taken, lay from *any* judgment of
a justice, and embraced a judgment of non suit.    The substance is
all that is looked to on error.

The judgment is affirmed with costs.

Appeal lies from non suit: 3 *W. L. M.* 141, 146, 147; distinguished
under different statute, *Ferrall v. Bluffton Lodge,* 31 *O. S.* 463, 465.